| AFFIDAVIT OF SERVICE | UNITED STATES DISTRICT COURT |
|---|---|
| Case Number: 21CV01032 | Eastern District of Wisconsin |

| Laurene Gramling Lambach, et. al. | Vs | Brian Conte, et. al. |
|---|---|---|

I, Stephen L. Hendren, am an adult resident of the State of Wisconsin and not a party to this action. I hereby certify that on October 19, 2021 at 12:25 p.m. in the City of Milwaukee, County of Milwaukee, State of Wisconsin, I duly served Milwaukee County Clerk.
( )Plaintiff (X)Defendant ( )Petitioner ( )Respondent ( )Witness ( )GAL ( )Attorney

Service was effected by:
( ) Personal service.
( ) Substituted service by leaving a copy with a competent member of the abode at least 14 years of age who was informed of the contents thereof.   Name:                Relationship:
( ) Posting on unit/front door. Mailed copy to defendant.
(X) Serving the Registered Agent or person authorized to accept service for the above named Office.
Name: Warisa Ahmad    Position: Sr. Clerical Assistant
( ) Other

at ( )Home (X)Work ( )Other
Address: 901 North 9th Street, Room 105

Documents served:
(X)Summons and Complaint
(X)Civil Cover Sheet
(X)Disclosure Statement

Special Notes:
At the time of the service, I did know the person served to be the person named in the documents:
(X)By that person's own admission to me. ( )Upon information and belief.

Service Fee $50.00

_____
Stephen L. Hendren

Subscribed and sworn to before me this
25th day of October, 2021.

_____
Notary Public/State of Wisconsin
My Commission expires 08/14/2025.

SLH Legal Services, LLC
Post Office Box 14054
West Allis, WI 53214
(414)698-6214

KELLY M HAZELTON
Notary Public
State of Wisconsin